IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBYN BOMAR ET AL.** | * | |
| *Plaintiffs*, | * | |
| v. | * | |
| | * | **CASE NO.: 1:21-CV-00870-RDB** |
| **BOARD OF EDUCATION OF HARFORD COUNTY ET AL.** | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Stacey Gerringer.

Date: 05/03/2021

                                                      Respectfully submitted,

                                                      /s/ Thomas J. Dolina
                                            Thomas J. Dolina, Esq. Bar No. 00597
                                            Whitney E. Wilder, Esq. Bar No. 20619
                                            BODIE, DOLINA, HOBBS,
                                            FRIDDELL & GRENZER P.C.
                                            305 Washington Avenue, Ste. 300
                                            Towson, Maryland 21204
                                            410-823-1250
                                            410-296-0432 (f)
                                            tdolina@bodie-law.com
                                            wwilder@bodie-law.com
                                            *Attorneys for Stacey Gerringer*

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 3, 2021, a copy of the foregoing Entry of Appearance of Counsel was served via the Court's ECF filing system upon all counsel of record via this Court's CM/ECF electronic filing system.

      Respectfully submitted,

      /s/ Thomas J. Dolina
Thomas J. Dolina, Esq. Bar No. 00597
Whitney E. Wilder, Esq. Bar No. 20619
BODIE, DOLINA, HOBBS,
FRIDDELL & GRENZER P.C.